UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

ROSA MOJICA-ANTON,
*Defendant-Appellant.*

No. 00-4155

Appeal from the United States District Court
for the Western District of Virginia, at Harrisonburg.
James C. Turk, District Judge.
(CR-99-11)

Submitted: February 9, 2001

Decided: February 22, 2001

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

Margaret McLeod Cain, MARGARET MCLEOD CAIN, P.C., Char-
lottesville, Virginia, for Appellant. Robert P. Crouch, Jr., United
States Attorney, Bruce A. Pagel, Assistant United States Attorney,
Charlottesville, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Rosa Mojica-Anton appeals her conviction and sentence for conspiracy to distribute and possession with intent to distribute cocaine and methamphetamine, in violation of 21 U.S.C.A. §§ 841(a), 846 (West 1999). Mojica-Anton argues there was insufficient evidence to support her conviction and that the district court abused its discretion by refusing to grant her request for a downward departure. We disagree.

The Government presented evidence establishing Mojica-Anton's possession and distribution of controlled substances. The Government also presented evidence of Mojica-Anton's involvement in arranging drug sales. Viewing the evidence in the light most favorable to the Government, we find the evidence was sufficient to convict Mojica-Anton. *Glasser v. United States*, 315 U.S. 60, 80 (1942).

Additionally, the district court did not abuse its discretion by choosing to deny Mojica-Anton's request for downward departure. The district court correctly recognized that Mojica-Anton had failed to present any adequate ground for departure. *See United States v. Perkins*, 108 F.3d 512, 515 (4th Cir. 1997) (stating that "disparate sentences among codefendants is an impermissible ground for departure").

Accordingly, we affirm Mojica-Anton's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not significantly aid the decisional process.

*AFFIRMED*